1694. DORN v. CITY OF ATLANTA.

RUSSELL, J. The judge did not err in overruling the certiorari. The decision is controlled by the ruling in *Athens* v. *Atlanta*, ante, 244 (64 S. E. 711). *Judgment affirmed.*

Certiorari, from Fulton superior court—Judge Ellis. January 22, 1909.

Argued March 10,—Decided July 31, 1909.

*Moore & Branch, Anderson, Felder, Rountree & Wilson, Rosser & Brandon*, for plaintiff in error.

*W. P. Hill, J. L. Mayson*, contra.